**JUDGE KARAS**

**08 CV 03064**

Aimee P. Levine
Michelle J. d'Arcambal
d'ARCAMBAL, LEVINE & OUSLEY, LLP
40 Fulton Street, Suite 1005
New York, New York 10038
(212) 971-3175
(212) 971-3176 (Facsimile)

Attorneys for Defendants
JP Morgan Chase, N.A., as Trustee
for The American Institute of Certified Public
Accountants Insurance Trust, and
The Prudential Insurance Company of America

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

PATRICIA MEMOLI,

                    Plaintiff,

      - against –

JP MORGAN CHASE BANK, N.A., AS TRUSTEE
FOR THE AMERICAN INSTITUTE OF CERTIFIED
PUBLIC ACCOUNTANTS INSURANCE TRUST,
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA AND AFFINITY INSURANCE
SERVICES, INC.,

                    Defendants.
———————————————————————X

C.A. No. _____

<u>RULE 7.1 STATEMENT</u>

2008 MAR 26 PM 12:15
S.D. OF N.Y.
FILED U.S. DISTRICT COURT



TO:    **THE HONORABLE JUDGES OF THE UNITED STATES
DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for The Prudential Insurance Company of America and JP Morgan Chase Bank, N.A., which are Defendants, make the following disclosure:

1) The Prudential Insurance Company of America is an indirect, wholly-owned subsidiary of Prudential Financial, Inc., a publicly traded corporation, which owns 10% or more of the stock of The Prudential Insurance Company of America.

2) JP Morgan Chase Bank, N.A., is 100% owned by JPMorgan Chase & Co.

3) There is no other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation.

Respectfully submitted,

Dated: March 26, 2008
New York, New York

d'ARCAMBAL, LEVINE & OUSLEY, LLP

By: _____
Aimee P. Levine

40 Fulton Street, Suite 1005
New York, New York 10038
(212) 971-3175
(212) 971-3176 (Facsimile)

Attorneys for Defendants
JP Morgan Chase, N.A., as Trustee
for The American Institute of Certified Public
Accountants Insurance Trust, and
The Prudential Insurance Company of America

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Rule 7.1 Statement was served upon counsel for Plaintiff, John M. Perone, Esq., and upon counsel for Defendant Affinity Insurance Services, Inc., by regular U.S. mail, postage prepaid, this 26th day of March, 2008, upon the following:

> John M. Perone, Esq.
> 2180 Boston Post Road
> Larchmont, New York 10538
> Attorney for Plaintiff
>
> Sue C. Jacobs. Esq.
> Goodman & Jacobs, LLP
> 75 Broad Street, 30th Floor
> New York, NY 10004
> Attorneys for Affinity Insurance Services, Inc.

_____
Aimee P. Levine