```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
PATRICIA MEMOLI,

                    Plaintiff,
                                              08 CV 03064 (KMK)(GAY)
    -against-

JP MORGAN CHASE BANK, M.A., AS TRUSTEE
FOR THE AMERICAN INSTITUTE OF CERTIFIED       NOTICE OF APPEARANCE
PUBLIC ACCOUNTANTS INSURANCE TRUST,
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA AND AFFINITY INSURANCE
SERVICES, INC.,
                    Defendants.
------------------------------------X
```

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Affinity Insurance Services, Inc.

    I certify that I am admitted to practice in this Court.

Dated:    New York, New York
           March 31, 2008

_____
Signature

| Sue C. Jacobs | SJ0929 |
|---|---|
| Print Name | Bar No. |

Goodman & Jacobs LLP
75 Broad Street, 30th Floor
Firm and Address

| New York | N.Y. | 10004 |
|---|---|---|
| City | State | Zip Code |

| (212)385-1191 | (212)385-1770 |
|---|---|
| Phone Number | Fax Number |

H:\TC\MEMOLI.NOT.APPEARANCE.091.08