Aimee P. Levine
Michelle J. d'Arcambal
d'ARCAMBAL, LEVINE & OUSLEY, LLP
40 Fulton Street, Suite 1005
New York, New York 10038
(212) 971-3175
(212) 971-3176 (Facsimile)

Attorneys for Defendants
JP Morgan Chase, N.A., as Trustee
for The American Institute of Certified Public
Accountants Insurance Trust,
The Prudential Insurance Company of America

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

PATRICIA MEMOLI,

           Plaintiff,

- against -

JP MORGAN CHASE BANK, N.A., AS TRUSTEE
FOR THE AMERICAN INSTITUTE OF CERTIFIED
PUBLIC ACCOUNTANTS INSURANCE TRUST,
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA AND AFFINITY INSURANCE
SERVICES, INC.,

           Defendants.
-----------------------------------------------------------X

CA No. 08 CV 03064
(KMK) (GAY)

STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned attorneys, that the time for Defendants JP Morgan Chase Bank, N.A., as Trustee for the American Institute of Certified Public Accountants Insurance Trust, and The Prudential Insurance Company of America, to answer, move or otherwise respond to Plaintiff's Complaint in the captioned action is extended to and including April 23, 2008.

Dated: March 27, 2008  
Larchmont, New York

**McMILLAN, CONSTABILE,  
MAKER & PERONE, LLP**

By: _____  
　　Gary Kyme, Esq.

2180 Boston Post Road  
Larchmont, New York 10538  
(914) 834-3500  
(914) 834-0620 (Facsimile)

Attorneys for Plaintiff

Dated: March 27, 2008  
New York, New York

**D'ARCAMBAL, LEVINE,  
& OUSLEY, LLP**

By: _____  
　　Aimee P. Levine, Esq.

40 Fulton Street, Suite 1005  
New York, New York 10038  
(212) 971-3175  
(212) 971-3176 (Facsimile)

Attorneys for Defendants  
JP Morgan Chase, N.A., as Trustee  
for The American Institute of Certified Public  
Accountants Insurance Trust, and  
The Prudential Insurance Company of  
America

SO ORDERED  
3/31/08

2