```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
PATRICIA MEMOLI,
                    Plaintiff,
                                                    08 CV 03064 (KMK)(GAY)
        -against-

JP MORGAN CHASE BANK, M.A., AS TRUSTEE
FOR THE AMERICAN INSTITUTE OF CERTIFIED             RULE 7.1
PUBLIC ACCOUNTANTS INSURANCE TRUST,                 DISCLOSURE
THE PRUDENTIAL INSURANCE COMPANY                    STATEMENT
OF AMERICA AND AFFINITY INSURANCE
SERVICES, INC.,
                    Defendants.
------------------------------------------X
```

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel of record for a private nongovernmental corporate party discloses that the following are parent corporations of the party and the publicly held corporations that own 10% or more of the party's stock:

> Affinity Insurance Services, Inc. is a wholly owned subsidiary of Aon Services Group, Inc., which is wholly owned by Aon Group, Inc. which is wholly owned by Aon Corporation, a publicly traded company on the New York Stock Exchange.

Dated:   New York, New York
         April 1, 2008

                                        GOODMAN & JACOBS LLP
                                        Attorneys for Defendant
                                        Affinity Insurance Services, Inc.

                                 By:    _____
                                        Sue C. Jacobs (SJ0929)
                                        Thomas J. Cirone (TC1510)

75 Broad Street, 30th Floor
New York, New York 10004
(212) 385-1191

Aimee P. Levine, Esq.
Attorneys for Defendants
JP Morgan Chase Bank, M.A.,
as Trustee for the American
Institute of Certified Public
Accountants Insurance Trust, and
the Prudential Insurance Company
d'Arcambal, Levine & Ousley, LLP
40 Fulton Street, Suite 1005
New York, Ne York 10038

Gary Kyme, Esq.
McMillan, Constabile,
  Maker & Perone, LLP
Attorneys for Plaintiff
3180 Boston Post Road
Larchmont, New York 10538

H:\TC\MEMOLI.DISCLOSURE STATEMENT.092.08