USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
PATRICIA MEMOLI,

                Plaintiff,

  -against-                     08 CV 03064 (KMK)(GAY)

JP MORGAN CHASE BANK, M.A., AS TRUSTEE
FOR THE AMERICAN INSTITUTE OF CERTIFIED    STIPULATION
PUBLIC ACCOUNTANTS INSURANCE TRUST,
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA AND AFFINITY INSURANCE
SERVICES, INC.,

                Defendants.
------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED that the time of defendant Affinity Insurance Service, Inc. to answer, move and respond to the Complaint is extended through and including April 23, 2008.

Dated:    New York, New York
         March 31, 2008

McMILLAN, CONSTABILE,                GOODMAN & JACOBS LLP
  MAKER & PERONE, LLP                Attorneys for Defendant Affinity
Attorneys for Plaintiff                Insurance Services, Inc.

Gary Kyme, Esq.                        Thomas J. Cirone
2180 Boston Post Road               75 Broad Street, 30th Floor
Larchmont, New York 10538           New York, New York 10004
(914) 834-3500                       (212) 385-1191

So Ordered:

U.S.D.J.   4/2/08

H:\...\MEMOLI.STIP.491.08

# GOODMAN & JACOBS LLP
### 75 BROAD STREET – 30TH FLOOR
### NEW YORK, NEW YORK 10004

----------

(212) 385-1191
FAX: (212) 385-1770 (not for service)

March 31, 2008

BY FACSIMILE
(914) 390-4152

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

    Re: Patricia Memoli v. JP Morgan Chase
        Bank N.A. as Trustee for the American
        Institute of Certified Public
        Accountants Insurance Trust, et al.
        08 CV 03064 (KMK) (GAY)

Dear Judge Karas:

    We represent defendant Affinity Insurance Services, Inc. ("Affinity") in the above entitled action. I write to request an extension of Affinity's time to answer, move and respond to the Complaint to April 23, 2008. Ms. Dawn Bordes authorized us to fax this application.

    Counsel for co-defendants removed this action to this Court, with Affinity's consent, on March 26, 2008 and under Rule 81 Affinity's time to answer would be April 2.

    Plaintiff's counsel consented to extend the time of all defendants to answer to April 23, 2008. I enclose a copy of an executed stipulation. This extension will not affect any other scheduled dates.

                                      Respectfully submitted,

                                      Thomas J. Cirone

Enc.

**GOODMAN & JACOBS LLP**

Hon. Kenneth M. Karas
March 31, 2008
Page 2

cc:  Aimee P. Levine, Esq. (by fax)
     d'Arcambal, Levine & Ousley, LLP
     40 Fulton Street, Suite 1005
     New York, Ne York 10038
     Fax: (212) 971-3176

     Gary Kyme, Esq. (by fax)
     McMillan, Constabile,
       Maker & Perone, LLP
     3180 Boston Post Road
     Larchmont, New York 10538
     Fax: (914) 834-0620

H:\TC\MEMOLI.KARAS.091.08