MCMILLAN, CONSTABILE, MAKER & PERONE, LLP
2180 Boston Post Road
Larchmont, New York 10538
tel. (914) 834-3500
fax (914)834-0620

Gary Kyme (GK2951)

Attorneys for the plaintiff, Patricia Memoli

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Patricia Memoli,

                Plaintiff,

              -against-

JPMorgan Chase Bank, N.A, as Trustee for
The American Institute of Certified Public
Accountants Insurance Trust,
The Prudential Insurance Company of America and
Affinity Insurance Services, Inc.

             Defendants.
-------------------------------------------------------------------x

CA No. 08 CV 03064
(KMK)(GAY)

**NOTICE OF APPEARANCE**

    To the Clerk of this court and all parties of record:

    PLEASE TAKE NOTICE that the law firm of MCMILLAN, CONSTABILE, MAKER & PERONE,

LLP, by Gary Kyme, hereby files its appearance in this case as counsel for the plaintiff, Patricia

Memoli.

Dated: Larchmont, New York
      April 10, 2008

                       _____
                       Gary Kyme (GK2951)
                  MCMILLAN, CONSTABILE, MAKER & PERONE, LLP
                  2180 Boston Post Road
                  Larchmont, New York 10538
                  tel. 914-834-3500
                  fax. 914-834-0620

<u>CERTIFICATE OF SERVICE</u>

I, Gary Kyme, hereby certify that on April 10, 2008, true and correct copies of the

attached Notice of Appearance were served upon counsel for the defendants, by Federal Express,

addressed as follows:

> Aimee P. Levine, Esq.
> d'ARCAMBAL, LEVINE & OUSLEY, LLP
> 40 Fulton Street, Suite 1005
> New York, NY 10038
>> Attorneys for JPMorgan Chase Bank, N.A, as Trustee for
>> The American Institute of Certified Public
>> Accountants Insurance Trust, and
>> The Prudential Insurance Company of America
>
> Thomas J. Cirone, Esq.
> Goodman & Jacobs, LLP
> 75 Broad Street, 30th Floor
> New York, NY 10004
>> Attorneys for Affinity Insurance Services, Inc.

Dated: Larchmont, New York
       April 10, 2008

Gary P. Kyme (GK2951)